UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEIL ZLOZOWER,
                        Plaintiff,

                                                      24 Civ. 7576 (LGS)
        -against-

                                                        ORDER
LENDIO, INC., et al.,
                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order dated December 12, 2024, directed the parties to file a joint letter on the status of discovery by February 18, 2025.

      WHEREAS, the parties failed to file their joint status letter. It is hereby

      **ORDERED** that, by **February 25, 2025**, the parties shall file the status letter.

Dated: February 20, 2025
       New York, New York

                                                                            LORNA G. SCHOFIELD
                                                                UNITED STATES DISTRICT JUDGE